UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JACOBY & MEYERS, LLP,

                Plaintiff,

                -against-                                  11 Civ. 3387 (LAK)

THE PRESIDING JUSTICES OF THE FIRST, SECOND,
THIRD AND FOURTH DEPARTMENTS, APPELLATE
DIVISION OF THE SUPREME COURT OF THE STATE
OF NEW YORK,

                Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        In conformity with the mandate of the Court of Appeals [DI 42], the judgment granting defendants' motion to dismiss the amended complaint [DI 32] is vacated and plaintiffs are granted leave to file an amended complaint as contemplated by the Court of Appeals. Any such amendment complaint shall be filed on or before May 21, 2013.

        SO ORDERED.

Dated:     April 23, 2013

                                                            Lewis A. Kaplan
                                           United States District Judge