UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------X

JACOBY & MEYERS, LLP and JACOBY & MEYERS,
USA, LLC, on behalf of themselves and all other similarly
situated entities authorized to practice law in the State
of New York,

                Plaintiffs,

v.

ERIC T. SCHNEIDERMAN AS ATTORNEY GENERAL
FOR THE STATE OF NEW YORK, in his official
capacity; THE PRESIDING JUSTICES OF THE
SUPREME COURT, APPELLATE DIVISION, FIRST
DEPARTMENT (Luis A. Gonzalez, Peter Tom, Angela M.
Mazzarelli, Richard T. Andrias, David Friedman,
John W. Sweeny Jr., Rolando T. Acosta, David B. Saxe,
Karla Moskowitz, Dianne T. Renwick, Leland G. DeGrasse,
Helen E. Freedman, Rosalyn H. Richter,
Sallie Manzanet-Daniels, Nelson S. Roman,
Paul G. Feinman, Judith J. Gische, Darcel D. Clark),
THE SECOND DEPARTMENT (Daniel D. Angiolillo,
Peter B. Skelos, William F. Mastro, Randall T. Eng,
Reinaldo E. Rivera, Mark C. Dillon, Cheryl E. Chambers,
Thomas A. Dickerson, Anita R. Florio, Ruth C. Balkin,
John M. Leventhal, L. Priscilla Hall, Sylvia O. Hinds-Radix,
Jeffrey A. Cohen, Sheri. S. Roman, Plummer E. Lott,
Leonard B. Austin, Sandra L. Sgroi, Robert J. Miller),
THE THIRD DEPARTMENT (Karen K. Peters,
Thomas E. Mercure, Robert S. Rose, John A. Lahtinen,
Edward O. Spain, Leslie E. Stein, William E. McCarthy,
Elizabeth A. Garry, John C. Egan Jr.), and the
THE FOURTH DEPARTMENTS (Eugene M. Fahey,
Nancy E. Smith, Henry J. Scudder, John V. Centra,
Erin M. Peradotto, Gerald J. Whalen, Rose H. Sconiers,
Edward D. Carni, Stephen K. Lindley, Joseph D. Valentino,
Salvatore R. Martoche), in their official capacities;
JORGE DOPICOIS, in his official capacity as the Chief
Counsel for the Departmental Disciplinary Committee for
the Appellate Division of the Supreme Court, First Judicial

ECF Case

Civil Action No.
11-3387 (LAK)

STIPULATION and ~~Proposed~~
Order

Department; DIANE MAXWELL KEARSE, in her official :
capacity as Chief Counsel for the Grievance Committee :
for the Second, Eleventh and Thirteenth Judicial Districts; :
GARY L. CASELLA, in his official capacity as Chief :
Counsel for the Grievance Committee for the Ninth Judicial:
District; ROBERT A. GREEN, in his official capacity as :
Chief Counsel for the Grievance Committee for the Tenth :
Judicial District; PETER M. TORNCELLO, in his official :
Capacity as Chief Attorney for the Committee on :
Professional Standards for the Appellate Division of the :
Supreme Court, Third Judicial Department; and :
GREGORY J. HUETHER, in his official capacity as :
Chief Counsel for the Grievance Committee for the Fifth, :
Seventh, and Eighth Judicial Districts, :
                                                          :
            Defendants.                                   :
_____X

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned parties that (i) Defendants' motion to dismiss shall be filed and served so as to be received by Plaintiffs' counsel no later than Friday August 9, 2013; (ii) Plaintiffs' opposition to Defendants' motion to dismiss shall be filed and served so as to be received by Defendants' counsel no later than Friday, September 6, 2013, 2013; and (ii) Defendants' reply, if any, to Plaintiffs' opposition shall be served and filed so as to be received by Plaintiffs' counsel no later than Friday, September 27, 2013. Service by the Court's ECF system by the above dates shall constitute compliance.

Dated: July 9, 2013

MEISELMAN, PACKMAN, NEALON
SCIALABBA & BAKER P.C.

<u>Attorneys for Plaintiffs</u>

By: _____
David J. Meiselman
Todd S. Garber
Jeremiah Frei-Pearson
D. Greg Blankinship
1311 Mamaroneck Avenue
White Plains, New York 10605
Tel: (914) 517-5000
Fax: (914) 517-5055


ERIC T. SCHNEIDERMAN
Attorney General of the State of New York

<u>Attorney for Defendants New York
Attorney General Eric T. Schneiderman;
Presiding Justice, First Department Luis A.
Gonzalez; Presiding Justice, Second
Department Randall T. Eng; Presiding
Justice, Third Department Karen K. Peters;
Presiding Justice, Fourth Department Henry
J. Scudder; Jorge Dopicois; Diane Maxwell
Kearse; Gary L. Casella; Robert A. Green;
Peter M. Torncello; and Gregory J. Huether</u>

By: _____
Daniel Schulze.
Special Litigation Counsel
Michael J. Siudzinski
Assistant Attorney General
120 Broadway - 24th Floor
New York, New York 10271
(212) 416-6557

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
7/14/13

3