```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————X
                                                          :
JACOBY & MEYERS, LLP and JACOBY & MEYERS,    :    **ECF Case**
USA, LLC, on behalf of themselves and all other similarly   :
situated entities authorized to practice law in the State    :    Civil Action No.
of New York,                                              :    11-3387 (LAK)
                                                          :
                                                          :    **STIPULATION PURSUANT**
                         Plaintiffs,                       :    **TO FRCP 41 VOLUNTARILY**
                                                          :    **DISMISSING CERTAIN**
                                                          :    **NEWLY-ADDED PARTY**
                     v.                                    :    **DEFENDANTS AND**
                                                          :    **AMENDING CAPTION**
ERIC T. SCHNEIDERMAN AS ATTORNEY GENERAL   :    **and (Proposed) ORDER**
FOR THE STATE OF NEW YORK, in his official          :
capacity;  THE PRESIDING JUSTICES OF THE          :
SUPREME COURT, APPELLATE DIVISION, FIRST      :
DEPARTMENT (Luis A. Gonzalez, Peter Tom, Angela M. :
Mazzarelli, Richard T. Andrias, David Friedman,       :
John W. Sweeny Jr., Rolando T. Acosta, David B. Saxe,  :
Karla Moskowitz, Dianne T. Renwick, Leland G. DeGrasse, :
Helen E. Freedman, Rosalyn H. Richter,                :
Sallie Manzanet-Daniels, Nelson S. Roman,             :
Paul G. Feinman, Judith J. Gische, Darcel D. Clark),    :
THE SECOND DEPARTMENT (Daniel D. Angiolillo,    :
Peter B. Skelos, William F. Mastro, Randall T. Eng,     :
Reinaldo E. Rivera, Mark C. Dillon, Cheryl E. Chambers, :
Thomas A. Dickerson, Anita R. Florio, Ruth C. Balkin,   :
John M. Leventhal, L. Priscilla Hall, Sylvia O. Hinds-Radix, :
Jeffrey A. Cohen, Sheri. S. Roman, Plummer E. Lott,    :
Leonard B. Austin, Sandra L. Sgroi, Robert J. Miller),   :
THE THIRD DEPARTMENT (Karen K. Peters,         :
Thomas E. Mercure, Robert S. Rose, John A. Lahtinen,   :
Edward O. Spain, Leslie E. Stein, William E. McCarthy,  :
Elizabeth A. Garry, John C. Egan Jr.), and the         :
THE FOURTH DEPARTMENTS (Eugene M. Fahey,     :
Nancy E. Smith, Henry J. Scudder, John V. Centra,     :
Erin M. Peradotto, Gerald J. Whalen, Rose H. Sconiers,  :
Edward D. Carni, Stephen K. Lindley, Joseph D. Valentino, :
Salvatore R. Martoche), in their official capacities;    :
JORGE DOPICOIS, in his official capacity as the Chief   :
Counsel for the Departmental Disciplinary Committee for  :
the Appellate Division of the Supreme Court, First Judicial :

Department; DIANE MAXWELL KEARSE, in her official :
capacity as Chief Counsel for the Grievance Committee     :
for the Second, Eleventh and Thirteenth Judicial Districts;  :
GARY L. CASELLA, in his official capacity as Chief        :
Counsel for the Grievance Committee for the Ninth Judicial:
District; ROBERT A. GREEN, in his official capacity as    :
Chief Counsel for the Grievance Committee for the Tenth   :
Judicial District; PETER M. TORNCELLO, in his official    :
Capacity as Chief Attorney for the Committee on           :
Professional Standards for the Appellate Division of the  :
Supreme Court, Third Judicial Department; and             :
GREGORY J. HUETHER, in his official capacity as           :
Chief Counsel for the Grievance Committee for the Fifth,  :
Seventh, and Eighth Judicial Districts,                   :
                                                          :
                    Defendants.                           :
_____ X

       Whereas on March 26, 2013, the Second Circuit remanded this action to the District Court

with instructions to vacate the judgment and grant Plaintiffs leave to "amend their complaint to name

additional state defendants and challenge the other provisions of New York law that prohibit non-

lawyer investment in law firms";

       Whereas on June 21, 2013, Plaintiffs filed their Second Amended Complaint naming

additional state Defendants, including, inter alia, all sitting justices of the New York State Supreme

Court, Appellate Division, First, Second Third and Fourth Departments;

       Whereas, Plaintiffs represent that the additional defendants have been served with the Second

Amended Complaint, and Defendants contend that, if such service occurred, it was untimely;

       Whereas the four Presiding Justices of the New York State Supreme Court, Appellate

Division, First, Second Third and Fourth Departments have been defendants since the inception of

this case, and Defendants dispute the necessity of joining the other 53 sitting justices as defendants

as well; and,

Whereas, while Plaintiffs contend that the 53 sitting justices are proper parties in this case, both Plaintiffs and Defendants agree that they are not necessary parties to the claims asserted in the Second Amended Complaint, and that the action can be more efficiently litigated without adding them as parties at this time,

**IT IS HEREBY STIPULATED AND AGREED** that:

1.      The following newly-added defendants are hereby voluntarily dismissed without prejudice pursuant to FRCP 41(a)(1):

JUSTICES OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT:

Peter Tom
Angela M. Mazzarelli
Richard T. Andrias
David Friedman,
John W. Sweeny Jr.
Rolando T. Acosta
David B. Saxe,
Karla Moskowitz
Dianne T. Renwick
Leland G. DeGrasse,
Helen E. Freedman
Rosalyn H. Richter,
Sallie Manzanet-Daniels,
Nelson S. Roman,
Paul G. Feinman,
Judith J. Gische,
Darcel D. Clark

JUSTICES OF THE SUPREME COURT, APPELLATE DIVISION, SECOND DEPARTMENT:

Daniel D. Angiolillo,
Peter B. Skelos,
William F. Mastro,
Reinaldo E. Rivera,
Mark C. Dillon,
Cheryl E. Chambers,
Thomas A. Dickerson,
Anita R. Florio,
Ruth C. Balkin,

John M. Leventhal,
L. Priscilla Hall,
Sylvia O. Hinds-Radix,
Jeffrey A. Cohen,
Sheri. S. Roman,
Plummer E. Lott,
Leonard B. Austin,
Sandra L. Sgroi,
Robert J. Miller

JUSTICES OF THE SUPREME COURT, APPELLATE DIVISION, THIRD DEPARTMENT:

Thomas E. Mercure,
Robert S. Rose,
John A. Lahtinen,
Edward O. Spain,
Leslie E. Stein,
William E. McCarthy,
Elizabeth A. Garry,
John C. Egan Jr.

JUSTICES OF THE SUPREME COURT, APPELLATE DIVISION, FOURTH
DEPARTMENT:

Eugene M. Fahey,
Nancy E. Smith,
John V. Centra,
Erin M. Peradotto,
Gerald J. Whalen,
Rose H. Sconiers,
Edward D. Carni,
Stephen K. Lindley,
Joseph D. Valentino,
Salvatore R. Martoche

　　　　2.　　　　Defendants will not hereafter argue, by motion or otherwise, that any of the

defendants listed in and dismissed pursuant to paragraph 1 was a necessary party to this action in

regard to the claims asserted in the Second Amended Complaint.

3.      The caption is amended as reflected in Exhibit 1 hereto.

Dated: July 9, 2013

MEISELMAN, PACKMAN, NEALON
SCIALABBA & BAKER P.C.

Attorneys for Plaintiffs

By: _____
        David J. Meiselman
        Todd S. Garber
        Jeremiah Frei-Pearson
        D. Greg Blankinship
        1311 Mamaroneck Avenue
        White Plains, New York 10605
        Tel: (914) 517-5000
        Fax: (914) 517-5055

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York

Attorney for Defendants New York
Attorney General Eric T. Schneiderman;
Presiding Justice, First Department Luis A.
Gonzalez; Presiding Justice, Second
Department Randall T. Eng; Presiding
Justice, Third Department Karen K. Peters;
Presiding Justice, Fourth Department Henry
J. Scudder; Jorge Dopicois; Diane Maxwell
Kearse; Gary L. Casella; Robert A. Green;
Peter M. Torncello; and Gregory J. Huether

By: _____
        Daniel Schulze.
        Special Litigation Counsel
        Michael J. Siudzinski
        Assistant Attorney General
        120 Broadway - 24th Floor
        New York, New York  10271
        (212) 416-6557

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

7/16/13

5

1

`

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————————X
                                                              :
JACOBY & MEYERS, LLP and JACOBY & MEYERS,        :   **ECF Case**
USA, LLC, on behalf of themselves and all other similarly   :
situated entities authorized to practice law in the State   :   Civil Action No.
of New York,                                                 :   11-3387 (LAK)
                                                              :
                                                              :
                        Plaintiffs,                          :
                                                              :
                                                              :
                v.                                            :
                                                              :
ERIC T. SCHNEIDERMAN AS ATTORNEY GENERAL :
FOR THE STATE OF NEW YORK, in his official          :
Capacity; THE PRESIDING JUSTICES OF THE FIRST,   :
SECOND, THIRD AND FOURTH DEPARTMENTS,            :
APPELLATE DIVISION OF THE SUPREME                   :
COURT OF THE STATE OF NEW YORK, in their           :
official capacities; JORGE DOPICOIS, in his official   :
capacity as the Chief Counsel for the Departmental    :
Disciplinary Committee for the Appellate Division of the :
Supreme Court, First Judicial Department; DIANE       :
MAXWELL KEARSE, in her official capacity as Chief  :
Counsel for the Grievance Committee for the Second,   :
Eleventh and Thirteenth Judicial Districts;             :
GARY L. CASELLA, in his official capacity as Chief    :
Counsel for the Grievance Committee for the Ninth Judicial:
District; ROBERT A. GREEN, in his official capacity as :
Chief Counsel for the Grievance Committee for the Tenth  :
Judicial District, PETER M. TORNCELLO, in his official :
Capacity as Chief Attorney for the Committee on         :
Professional Standards for the Appellate Division of the :
Supreme Court, Third Judicial Department, and           :
GREGORY J. HUETHER, in his official capacity as       :
Chief Counsel for the Grievance Committee for the Fifth, :
Seventh, and Eighth Judicial Districts,                :
                                                              :
                        Defendants.                          :
——————————————————————————X